STATE OF NEW JERSEY IN THE INTEREST OF R.L.

October 29, 1985.

Petition for certification denied. (See 202 *N.J.Super.* 410)

STATE OF NEW JERSEY IN THE INTEREST OF A.W.

October 29, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. STANLEY WASHINGTON.

October 29, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. VINCENT BRUNO.

October 29, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. LEONARD CLARK.

October 29, 1985.

Petition for certification denied.